IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ROGER KEITH LUNSFORD,          :
                               :
            Petitioner,        :
                               :    4:97-cr-98-1
       v.                      :    4:97-cr-99-1
                               :    1:20-cv-598
UNITED STATES OF AMERICA,      :
                               :
            Respondent.        :

## ORDER

This matter is before the court for review of the Recommendation ("Recommendation") filed on August 18, 2025, by the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b). (4:97-cr-98-1; 4:97-cr-99-1 (Doc. 67).) The Recommendation was served on the parties in this action on August 18, 2025. (4:97-cr-98-1; 4:97-cr-99-1 (Doc. 68).) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (4:97-cr-98-1; 4:97-cr-99-1 (Doc. 67)), is **ADOPTED. IT IS FURTHER ORDERED** that the stay in this matter is **LIFTED,** that the Government's Motion to Dismiss (4:97-cr-98-1, Doc 52; 4:97-cr-99-1, Doc 51) is **GRANTED,** and that Petitioner's

Motion to Vacate, Set Aside, or Correct Sentence (4:97-cr-98-1, Doc. 50; 4:97-cr-99-1, Doc. 49) is hereby **DISMISSED**.

The court further finds there is no substantial showing of the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, therefore a certificate of appealability is not issued.

A Judgment dismissing this action will be filed contemporaneously with this Order.

This the 22nd day of September, 2025.

_____
United States District Judge

- 2 -